IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| ODELL CUMMINGS, JR., | : | Criminal Action No. |
| | : | 5:08-CR-61(HL) |
| Defendant. | : | |
| | : | |

# ORDER

Defendant has filed a pro se Motion to Withdraw Guilty Plea (Doc. 24). Defendant entered his plea of guilty on April 8, 2009, and is currently awaiting sentencing. Defendant is currently represented by counsel, and he has been represented throughout this entire case. This Court does not accept pro se motions from represented parties. If Defendant wishes to file a motion, it should be filed through counsel. Accordingly, Defendant's Motion is denied without prejudice.

**SO ORDERED**, this the 4th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc